UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2729 (AJN)<br>ECF Case |

## NOTICE OF APPEARANCE OF IAN SHAPIRO

Kindly enter the appearance of Ian Shapiro, Esq. of Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036-7798, as counsel for Defendant SoundBite Communications, Inc. in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: May 2, 2012

Respectfully submitted,

/s/ Ian Shapiro
COOLEY LLP
Ian Shapiro (IS5120)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
ishapiro@cooley.com

*Attorney for Defendant SoundBite Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I, Ian Shapiro, hereby certify that on the 2nd day of May, 2012, I caused a true and correct copy of the foregoing document to be filed electronically for availability for viewing and downloading from the Court's ECF system.

/s/ Ian Shapiro
Ian Shapiro