UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | ECF Case<br><br>12-cv-2729 (AJN) (MHD)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon Wireless"), a non-governmental corporate party, files this disclosure statement.

Verizon Communications Inc. ("Verizon") indirectly, through wholly owned subsidiaries, owns 55% of Verizon Wireless, and Vodafone Group Plc ("Vodafone") indirectly, through wholly owned subsidiaries, owns 45% of Verizon Wireless.  Verizon and Vodafone, which are not parties to this litigation, are independent, publicly held companies that have no parent corporations, and no publicly held company owns 10% or more of Verizon's or Vodafone's stock.

Dated: New York, New York
       May 2, 2012

                                      WINSTON & STRAWN LLP

                                      By: <u>s/ Luke A. Connelly</u>
                                            Luke A. Connelly

                                      200 Park Avenue
                                      New York, NY  10166-4193
                                      Telephone:  (212) 294-6700
                                      Facsimile:  (212) 294-4700
                                      lconnelly@winston.com
                                      *Attorneys for Defendant*
                                      *Cellco Partnership, d/b/a Verizon Wireless*