UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

TEXTPOWER, INC., on behalf of itself and all others similarly situated,

                     Plaintiff,

                v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

                     Defendants.

------------------------------------------- X

**ECF Case**

12-cv-2729 (AJN) (MHD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Luke A. Connelly, hereby respectfully enter an appearance for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
         May 2, 2012

WINSTON & STRAWN LLP

By: s/ Luke A. Connelly
      Luke A. Connelly

200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
lconnelly@winston.com
*Attorneys for Defendant
Cellco Partnership, d/b/a Verizon Wireless*