UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXTPOWER, INC., on behalf of itself
and all other similarly situated,
Plaintiff,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.
Defendants.

12 cv 2729

MOTION FOR ADMISSION
PRO HAC VICE

(ECF Case)

RECEIVED
MAY 02 2012
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __David I. Gelfand__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

Defendant Sybase, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Maryland and in the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 30, 2012

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: David I. Gelfand

Firm Name: Cleary Gottlieb Steen & Hamilton LLP

Address: 2000 Pennsylvania Avenue, NW

City / State / Zip: Washington, DC 20006

Telephone / Fax: Tel. (202) 974-1690 Fax (202) 974-1999

E-Mail: dgelfand@cgsh.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXTPOWER, INC., on behalf of itself
and all others similarly situated,
                      Plaintiff,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,
                      Defendants.

12 cv 2729 ( AJN )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __David I. Gelfand__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Maryland and District of Columbia__; and that his/her contact information is as follows (please print):

    Applicant's Name: __David I. Gelfand__

    Firm Name: __Cleary Gottlieb Steen & Hamilton LLP__

    Address: __2000 Pennsylvania Avenue, NW__

    City / State / Zip: __Washington, DC 20006__

    Telephone / Fax: __Tel.(202) 974-1690 Fax (202) 974-1999__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Sybase, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: April   , 2012

                                                                                            United States District / Magistrate Judge

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-second day of December, 1987,

### David Irving Gelfand

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirtieth day of April, 2012.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



### District of Columbia Court of Appeals
#### Committee on Admissions
#### 430 E Street, N.W. — Room 123
#### Washington, D. C. 20001
#### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____DAVID   I.   GELFAND_____

was on the __7^TH__ day of _____DECEMBER, 1988_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TEXTPOWER, INC., on behalf of itself and all                :
others similarly situated,                                  :
                                                            :     12 cv 2729 (AJN)
                           Plaintiff,                       :
            -against-                                       :     CERTIFICATE OF SERVICE
                                                            :
CELLCO PARTNERSHIP d/b/a VERIZON                            :
WIRELESS, et al.,                                           :
                                                            :
                           Defendants.                      :
------------------------------------------------------------X
```

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 2nd day of May 2012, the Motion for Admission Pro Hac Vice; the Order for Admission Pro Hac Vice and the Certificates of Good Standing of David I. Gelfand for Maryland and in the District of Columbia were served by First Class Mail upon:

> Jonathan Paul Bach, Esq.
> Ian Ross Shapiro, Esq.
> Cooley Godward Kronish LLP
> 1114 Avenue of the Americas
> New York, NY 10036
>
> Michael James Maloney, Esq.
> Kelley Drye & Warren, LLP
> 101 Park Avenue
> New York, NY 10178
>
> Richard E. Donovan, Esq.
> Kelley Drye & Warren, LLP
> 200 Kimball Drive
> Parsippany, NJ 07054

Lawrence Kill, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Robert L. Sills, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Richard Jo Kilsheimer, Esq.
Robert N. Kaplan, Esq.
Elana Katcher, Esq.
Gregory Keith Arenson, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Joel Davidow, Esq.
Kile Goekjian Reed & McManus Pllc
1200 New Hampshire Ave., Suite 570
Washington, DC 20036

Jonathan Watson Cuneo, Esq.
Cueno Gilbert & LaDuca, LLP
620 Fifth Avenue, 6th Floor
New York, NY 10020

Megan Anne Hughes, Esq.
Williams & Connolly LLP
725 12th Street N.W.
Washington, DC 20005

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
May 2, 2012

_____
Richard V. Conza

2