UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>                Defendants. | Case No. 12 cv 2729(AJN)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    Defendant Syniverse Technologies, Inc.

I certify that I am admitted to practice in this court.

Dated: May 3, 2012

                                          /s Karl Geercken
                                          ALSTON & BIRD LLP
                                          90 Park Avenue
                                          New York, New York 10016
                                          Tel:   212-210-9400
                                          Fax:  212-210-9444
                                          Email: karl.geercken@alston.com
                                          *Attorneys for Defendant Syniverse Technologies, Inc.*