UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situation,<br><br>                Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA - THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>                Defendant. | Case No. 12-cv-2729 (AJN)<br><br>ECF CASE |

**DEFENDANT SPRINT NEXTEL CORPORATION'S**
**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sprint Nextel Corporation respectfully states that Sprint Nextel Corporation is a publicly held corporation, and that no publicly held corporation owns 10% or more of Sprint Nextel Corporation's stock.

                                  Respectfully submitted,

                                  SPRINT NEXTEL CORPORATION

                                  /s/ John E. Schmidtlein

                                  Dane H. Butswinkas
                                  R. Hackney Wiegmann
                                  John E. Schmidtlein
                                  WILLIAMS & CONNOLLY LLP
                                  725 12th Street, NW
                                  Washington, DC 20005
                                  Telephone: (202) 434-5000
                                  Facsimile: (202) 434-5029
                                  Email: dbutswinkas@wc.com
                                  Email: hwiegmann@wc.com
                                  Email: jschmidtlein@wc.com

                                  *Counsel for Defendant Sprint Nextel Corporation*

Dated: May 3, 2012

                                                                                                      2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of May 2012 I caused to be served a true and correct copy Defendant Sprint Nextel Corporation's Rule 7.1 Corporate Disclosure Statement via the Court's ECF system upon all counsel of record.

                                                                                     Megan A. Hughes