UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TEXTPOWER, INC., on behalf of itself
all others similarly situated,                                    12-cv-2729 (AJN)(MHD)
                                  Plaintiffs,

                                                                     **Rule 7.1 Disclosure Statement**

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T MOBILITY LLC,
SPRINT NEXTEL CORPORATION,
T-MOBILE USA, INC., U.S. CELLULAR
CORPORATION, CTIA-THE WIRELESS
ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC.,
SYBASE, INC., SOUNDBITE
COMMUNICATIONS, INC., SYNIVERSE
TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3 CINTERACTIVE, L.L.C., and
WMC GLOBAL, INC.,
                                  Defendants.
----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant CTIA - The Wireless Association ("CTIA") state that CTIA is a corporation organized pursuant to 26 U.S.C. § 501(c)(6), and that CTIA has no parent corporation and no publicly held corporation owning 10 percent or more of its stock.

Dated:     May 3, 2012                                      Respectfully submitted,
              New York, New York

                                                       Scott Martin
                                                       martinsc@gtlaw.com

                                                       GREENBERG TRAURIG, LLP
                                                       MetLife Building
                                                       200 Park Avenue, 34th Floor
                                                       New York, New York 10166
                                                       Telephone:  (212) 801-9200
                                                       Facsimile:  (212) 801-6400

                                                       *Attorneys for Defendant*
                                                       *CTIA - The Wireless Association*

Of Counsel:

Ruth A. Bahe-Jachna
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8421
Facsimile: (312) 899-0312
baher@gtlaw.com

Michael D. McNeely
Law Offices of Michael D. McNeely
2748 Stephenson Lane, NW
Washington, DC 20015
Telephone: (202) 966-0428
mikemcneely@mac.com