AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| TEXTPOWER, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-cv-02729 (AJN) |
| CELLCO PARTNERSHIP | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

3Cinteractive, LLC

Date:   05/04/2012

*Attorney's signature*

Karen H. Bromberg
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue, 21st Floor
New York, NY  10022

*Address*

kbromberg@cohengresser.com
*E-mail address*

(212) 957-7604
*Telephone number*

(212) 957-4514
*FAX number*