UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEXTPOWER, INC., on behalf of itself and all others similarly situated,

                Plaintiff,

  - against -

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA–THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., AND WMC GLOBAL, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12-cv-2729 (AJN)

DEFENDANT T-MOBILE USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, T-Mobile USA, Inc., hereby states that it is a wholly-owned subsidiary of T-Mobile Global Holding GmbH, a German entity which, in turn, is a wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a German entity.  T-Mobile Global Zwischenholding GmbH is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity.  Deutsche Telekom AG is a publicly-traded company in that the American Depository Receipts of Deutsche Telekom AG are traded in the Over-the-Counter Market in the United States.

2

| | |
|---|---|
| Dated: New York, New York<br>May 7, 2012 | DAVIS POLK & WARDWELL LLP<br><br>By:  /s/ Joel M. Cohen<br>       Joel M. Cohen<br><br>450 Lexington Avenue<br>New York, New York  10017<br>Telephone:   (212) 450-4000<br>Facsimile:    (212) 701-5800<br>Email:          joel.cohen@davispolk.com<br><br>*Attorneys For Defendant T-Mobile USA, Inc.* |