UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2729 (AJN)<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Basileios Katris, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Vibes Media in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 7, 2012

Respectfully submitted,

Applicant's Name:  Basileios Katris

Firm Name:  Horwood Marcus & Berk Chartered

1405576/1/3817.007

Address: 500 W. Madison Street, Suite 3700

City/State/Zip: Chicago, Illinois 60661

Telephone/Fax: (312) 606-3200/ (312) 606-3232

E-Mail: bkatris@hmblaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel of record hereby certifies that he caused a copy of the foregoing to **MOTION FOR ADMISSION PRO HAC VICE** on other counsel of record by enclosing the same in an envelope, properly addressed and delivered by Federal Express before the hour of 5:00 p.m. on the 7th day of May, 2012, addressed as follows:

Robert N. Kaplan
Elana Katcher
Gregory Keith Arenson
Richard Jo Kilsheimer
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Joel Davidow
Kile Goekjian Reed & McManus Pllc
1200 New Hampshire Ave, Suite 570
Washington, DC 20036

Jonathan Watson Cuneo
Cuneo Gilbert & LaDuca, LLP
620 Fifth Avenue
6th Floor
New York, NY 10020

Robert L. Sills
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Megan Anne Hughes
Williams & Connolly, LLP
725 12th Street N.W.
Washington, DE 20005



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 CV 2729 (AJN)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Basileios Katris, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

Applicant's Name: Basileios Katris

Firm Name: Horwood Marcus & Berk Chartered

Address: 500 W. Madison Street, Suite 3700

City/State/Zip: Chicago, Illinois 60661

Telephone/Fax: (312) 606-3200/ (312) 606-3232

E-Mail: bkatris@hmblaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Vibes Media in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at **apply for an ECF PASSWORD.**

Dated: _____

                                                United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Basileios Katris

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, May 03, 2012.

*Carolyn Taft Grosboll*

Clerk