AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| TextPower, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:12-cv-02729-AJN |
| Cellco Partnership, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, U.S. Cellular Corporation

Date:   05/09/2012

/s/ Carrie Maylor DiCanio, Esq.
*Attorney's signature*

Carrie Maylor DiCanio, Esq.
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York  10020
*Address*

cdicanio@andersonkill.com
*E-mail address*

(212) 278-1046
*Telephone number*

(212) 278-1733
*FAX number*