UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC. on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ACCOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOS INCORPORATE, SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC. <br><br> Defendants. | ECF CASE <br><br> Case No. 12-cv-2729 (AJN) <br><br> DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |

U.S. Cellular Corporation, by its undersigned counsel of record, hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that Telephone and Data Systems Inc., a publically traded Corporation listed on The New York Stock Exchange, with a trading symbol TDS, is the parent of and owns more than 10% of the stock of U.S. Cellular Corporation.

Dated: New York, New York
May 1, 2012

ANDERSON KILL & OLICK, P.C.

By: _____
Lawrence Kill
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212)-278-1722
Facsimile: (212)-278-1733
E-Mail: lkill@andersonkill.com

*Attorneys for Defendant U.S. Cellular Corporation*

nydocs1-987466.1