UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPEN MARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 1:12-cv-02729-AJN<br><br>ORDER FOR ADMISSION PRO HAC VICE<br><br>**USDC SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC #:** _____<br>**DATE FILED: MAY 1 1 2012** |

The motion of Ross C. Paolino, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Florida and the District of Columbia; and that his contact information is as follows:

Applicant's Name:   Ross C. Paolino

Firm Name:           Orrick, Herrington & Sutcliffe LLP

Address:             Columbia Center, 1152 15th St., N.W.

City/State/Zip:      Washington, D.C. 20005

Telephone/Fax:       Tel. (202) 339-8400; Fax (202) 339-8500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant MBLOX INCORPORATED in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: May 11, 2012

Hon. Alison J. Nathan
United States District/~~Magistrate~~ Judge