UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
TEXTPOWER, INC., on behalf of itself and all others similarly :    ECF Case
situated,

                               Plaintiff,                        12-cv-2729 (AJN) (MHD)

                            v.                      **NOTICE OF APPEARANCE**

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,
AT&T MOBILITY LLC, SPRINT NEXTEL
CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR
CORPORATION, CTIA – THE WIRELESS ASSOCIATION,
CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX,
MBLOX INCORPORATED, OPENMARKET INC., SYBASE,
INC., SOUNDBITE COMMUNICATIONS, INC.,
SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS,
INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC
GLOBAL, INC.,

                            Defendants.
-------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Steven M. Bierman, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant AT&T Mobility LLC, and requests that copies of all papers in this proceeding be forwarded to the undersigned counsel.

       I certify that I am admitted to practice in this Court.

Dated: New York, New York                      SIDLEY AUSTIN LLP
          May 14, 2012

                                                     By: _____
                                                          Steven M. Bierman
                                                          (sbierman@sidley.com)
                                                          787 Seventh Avenue
                                                          New York, New York 10019
                                                          Tel: (212) 839-5300
                                                          Fax: (212) 839-5599
                                                          *Attorneys for Defendant*
                                                          *AT&T Mobility LLC*