UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

TEXTPOWER, INC., on behalf of itself and all others similarly :    **ECF Case**
situated,                                               :

                         :

            Plaintiff,                     :    12-cv-2729 (AJN) (MHD)

                         :

             v.                             :

                         :    **RULE 7.1 STATEMENT**

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,     :
AT&T MOBILITY LLC, SPRINT  NEXTEL                  :
CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR    :
CORPORATION, CTIA – THE WIRELESS ASSOCIATION,   :
CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX,       :
MBLOX INCORPORATED, OPENMARKET INC., SYBASE, :
INC., SOUNDBITE COMMUNICATIONS, INC.,         :
SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS,   :
INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC   :
GLOBAL, INC.,                                  :

                         :

            Defendants.                 :

-------------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant AT&T

Mobility LLC certifies that (1) AT&T Mobility LLC is a limited liability company formed under

the laws of the State of Delaware and is a wholly owned indirect subsidiary of AT&T Inc., and

(2) that no publicly held corporation owns 10% or more of AT&T Inc.'s stock.


Dated: New York, New York              SIDLEY AUSTIN LLP
       May 14, 2012

                                       By: _Steven M. Bierman_

                                       Steven M. Bierman
                                       (sbierman@sidley.com)
                                       787 Seventh Avenue
                                       New York, New York 10019
                                       Tel: (212) 839-5300
                                       Fax: (212) 839-5599
                                       *Attorneys for Defendant*
                                       *AT&T Mobility LLC*