UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. 12 cv 2729(AJN) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., | : MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Defendants. | : |



Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **Peter Kontio**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Syniverse Technologies, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 10, 2012

Respectfully Submitted,

_____
Peter Kontio
ALSTON & BIRD LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA  30309-3424
Phone (404) 881-7000
Fax (404) 881-7777
peter.kontio@alston.com

LEGAL02/33286545v1

CAROL W. HUNSTEIN, CHIEF JUSTICE
GEORGE H. CARLEY, PRESIDING JUSTICE
ROBERT BENHAM
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

May 4, 2012

    I hereby certify that Peter Kontio, Esq., was admitted on the 9th day of January, 1974 as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Thérèse S. Barnes*, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : |
| | : Case No. 12 cv 2729(AJN) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., | : : : : : ORDER FOR ADMISSION : PRO HAC VICE : : : : : |
| Defendants. | : : |

The motion of Peter Kontio, for admission to practice Pro Hac Vice in the above captioned matter, is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Georgia; and that his contact information is as follows:

> Peter Kontio
> ALSTON & BIRD LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, GA 30309-3424
> Telephone: (404) 881-7000
> Fax: (404) 881-7777
> peter.kontio@alston.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Syniverse Technologies, Inc. in the above entitled action;

ADMIN/20932696v1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: _____          _____
                                        United States District/ Magistrate Judge

2

ADMIN/20932696v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA-THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 12 cv 2729(AJN)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                            )  ss.:
COUNTY OF NEW YORK  )

  Jeannine Grudzien, being duly sworn, deposes and says: I am over 18 years of age, I am not a party to the action, and I am employed in the office of Alston & Bird LLP, attorneys for Defendant Syniverse Technologies, Inc.; that on May 14, 2012 I served a true copy of the *Motion for Admission Pro Hac Vice* by mailing a copy of the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State

of New York, addressed to the last-known address of the addressee as indicated below:

>Robert N. Kaplan
>Elana Katcher
>Gregory Keith Arenson
>Richard Jo Kilsheimer
>Kaplan Fox & Kilsheimer LLP
>850 Third Avenue, 14th Floor
>New York, New York 10022
>*Attorneys for Plaintiff*
>
>Luke A. Connelly
>Winston & Strawn LLP
>200 Park Avenue
>New York, New York 10166
>*Attorney for Defendant Cellco Partnership*
>
>Joel Davidow
>Kile Goekjian Reed & McManus Pllc
>1200 New Hampshire Ave., Suite 570
>Washington, DC 20036
>*Attorney for Plaintiff*
>
>Jonathan Watson Cuneo
>Cuneo Gilbert & LaDuca, LLP
>620 Fifth Avenue, 6th Floor
>New York, New York 10020
>*Attorney for Plaintiff*
>
>Megan Anne Hughes
>Williams & Connolly LLP
>725 12th Street N.W.
>Washington, DC 20005
>*Attorney for Defendant Sprint Nextel Corp.*
>
>Joel Murray Cohen
>Davis Polk & Wardwell LLP
>450 Lexington Avenue
>New York, New York 10017
>*Attorney for Defendant T-Mobile USA, Inc.*
>
>Lawrence Kill
>Anderson Kill & Olick, P.C.
>1251 Ave. of the Americas
>New York, New York 10020
>*Attorney for Defendant U.S. Cellular Corp.*

Scott Allan Martin
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
*Attorney for Defendant CTIA-The Wireless Assoc.*

Robert L. Sills
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
*Attorney for Defendant MBLOX Incorporated*

Ross C. Paolino
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
*Attorney for Defendant MBLOX Incorporated*

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave. NW
Washington, DC 20006
*Attorney for Defendant SYBASE, Inc.*

Jonathan Paul Bach
Ian Ross Shapiro
Cooley Godward Kronish LLP
1114 Ave. of the Americas
New York, New York 10036
*Attorneys for Defenant Soundbite Communications, Inc.*

Basileios Katris
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
*Attorney for Defendant Vibes Media*

Karen H. Bromberg
Nathaniel P. T. Read
Thomas Edward Bezanson
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, New York 10022
*Attorney for Defendant 3Cinteractive, L.L.C.*

Michael James Maloney
Kelley Drye & Warren LLP (NY)
101 Park Avenue
New York, New York 10178
*Attorney for Defenant WMC Global, Inc.*

*Jeannine Grudzien*

Jeannine Grudzien

Sworn to before me this
14th day of May, 2012

*Kim Fitzgerald*
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 13

4