UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPEN MARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 1:12-cv-02729-AJN<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I David F. Smutny, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for MBLOX INCORPORATED in the above-captioned action.

I am in good standing of the bar(s) of the State of Illinois and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2012

Respectfully Submitted,

_/s/ David F. Smutny_
David F. Smutny
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400

Fax: (202) 339-8500
dsmutny@orrick.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Forrest Smutny

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 1990 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, April 30, 2012.

*Carolyn Taft Grosboll*
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### DAVID F. SMUTNY

was on the 7ᵀᴴ day of DECEMBER, 1992

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPEN MARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>Defendants. | Case No. 1:12-cv-02729-AJN<br><br><br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of David F. Smutny, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Illinois and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David F. Smutny |
| Firm Name: | Orrick, Herrington & Sutcliffe LLP |
| Address: | Columbia Center, 1152 15th St., N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | Tel. (202) 339-8400; Fax (202) 339-8500 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant MBLOX INCORPORATED in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: May_____, 2012

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY, LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA– THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPEN MARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., And WMC GLOBAL, INC.,<br><br>      Defendants. | Case No. 1:12-cv-02729-AJN<br><br>**DECLARATION OF SERVICE** |

Narae Lee hereby declares as follows:

 1. I am not a party to the above case, am over eighteen years old, and am employed by Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019.

 2. On May 15, 2012, I served the Motion to Admit David F. Smutny Pro Hac Vice, by placing a true and correct copy thereof in postage prepaid envelopes, for first class mail delivery, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, on counsel to all parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 15, 2012

_____
Narae Lee

TO:

**Richard Jo Kilsheimer**
**Robert N. Kaplan**
**Elana Katcher**
**Gregory Keith Arenson**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)
rkilsheimer@kaplanfox.com
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com
garenson@kaplanfox.com

**Joel Davidow**
Kile Goekjian Reed & McManus Pllc
1200 New Hampshire Ave, Suite 570
Washington, DC 20036
(202) 263-0806
Fax: (202)-659-8822
Email: joel@cuneolaw.com

**Jonathan Watson Cuneo**
Cuneo Gilbert & LaDuca, LLP
620 Fifth Avenue
6th Floor
New York, NY 10020
(202) 789-3960
Fax: 202 789 1813
Email: jonc@cuneolaw.com
*Counsel for Plaintiff Textpower, Inc.*

**Jonathan Paul Bach**
**Ian Ross Shapiro**

- 2 -

Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
212-479-6000
212-208-2634 (fax)
jbach@cooley.com
ishapiro@cooley.com
*Counsel for Defendant Soundbite Communications, Inc.*

**Thomas Edward Bezanson**
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022
(212) 957-7608
(212) 957-4514 (fax)
tbezanson@cohengresser.com

**Karen H. Bromberg**
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022
(212) 957-7600
Fax: (212)957-4514
Email: kbromberg@cohengresser.com

**Nathaniel P. T. Read**
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022
(212) 95707069
Fax: (212) 957-4514
Email: NRead@CohenGresser.com
*Counsel for Defendant 3Cinteractive, L.L.C.*

**Luke A. Connelly**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212)-294-6882
(212)-294-4700 (fax)
lconnelly@winston.com
*Counsel for Defendant Cellco Partnership*

**Richard E. Donovan**
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054
212 808-7800
212 808-7897 (fax)
rdonovan@kelleydrye.com

**Michael James Maloney**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(212) 808-7706
(212) 808-7897 (fax)
mmaloney@kelleydrye.com
*Counsel for Defendant WMC Global, Inc.*

**Karl Geercken**
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
212-210-9400
212-210-9444 (fax)
karl.geercken@alston.com
*Counsel for Defendant Syniverse Technologies, Inc.*

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1690
(202) 974-1999 (fax)
*Counsel for Defendant SYBASE, Inc.*

**Megan Anne Hughes**
Williams & Connolly LLP
725 12th street N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)
mhughes@wc.com
*Counsel for Defendant Sprint Nextel Corporation*

**Lawrence Kill**
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 (fax)
lkill@andersonkill.com
*Counsel for Defendant U.S. Cellular Corporation*

**Scott Allan Martin**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212-801- 2231
212-805-9230 (fax)
martinsc@gtlaw.com
*Counsel for Defendant CTIA-The Wireless Association*