UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,<br><br>Defendants. | 12-cv-2729 (AJN)<br><br>ECF Case |

**DEFENDANT SYBASE, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sybase, Inc. respectfully states that SAP America, Inc., a privately held corporation, is the parent of and owns more than 10% of the stock of Sybase, Inc. SAP America, Inc. is the U.S. operating subsidiary of SAP AG, a German stock corporation. American Depository Receipts of SAP AG are publicly traded on the New York Stock Exchange with a trading symbol SAP.

Dated: May 17, 2012   Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By: /s/ David I. Gelfand
David I. Gelfand (Pro Hac Vice)

2000 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 974-1690
Facsimile: (202) 974-1999
Email: dgelfand@cgsh.com

Attorney for Sybase, Inc.

## CERTIFICATE OF SERVICE

I, Heather E. Watson, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 17, 2012, I caused a true and correct copy of the foregoing document to be served by electronic transmission through the Court's CM/ECF system to counsel registered to receive electronic notification, and via U.S. Mail to the following counsel of record:

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661

**Jennifer L Stewart**
Cooley LLP
500 Boylston Street
Boston, MA 02116

**David F Smutny**
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**Michael V Pinkel**
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

**Thomas James Frederick**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Date: May 17, 2012

By: /s/ Heather Watson
Heather E. Watson