**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   __ECF Case__

TEXTPOWER, INC., on behalf of itself and all others : 
similarly situated, : 12-cv-2729 (AJN) (MHD)
 : 
                         Plaintiff, : 
 : 
 : 
                  v. : 
 : 
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, : 
AT&T MOBILITY LLC, SPRINT NEXTEL : 
CORPORATION, T-MOBILE USA, INC., U.S. : **NOTICE OF APPEARANCE**
CELLULAR CORPORATION, CTIA–THE WIRELESS : 
ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., : 
ERICSSON IPX, MBLOX INCORPORATED, : 
OPENMARKET INC., SYBASE, INC., SOUNDBITE : 
COMMUNICATIONS, INC., SYNIVERSE : 
TECHNOLOGIES, INC., UPOC NETWORKS, INC., : 
VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC : 
GLOBAL, INC., : 
 : 
                    Defendants. : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       PLEASE TAKE NOTICE that I, Thomas James Frederick, hereby respectfully enter an

appearance for Defendant Cellco Partnership, d/b/a Verizon Wireless in the above-captioned

action, and request that copies of all papers in this action be served upon me at the address stated

below.

       I certify that I am admitted to practice *pro hac vice* in this action.

Dated: Chicago, Illinois          WINSTON & STRAWN LLP
       May 18, 2012

                          By: s/ Thomas James Frederick
                              Thomas James Frederick

                        35 W. Wacker Drive
                        Chicago, IL  60601-9703
                        Telephone:  (312) 558-5600
                        Facsimile:  (312) 558-5700
                        tfrederick@winston.com
                        *Attorneys for Defendant*
                        *Cellco Partnership, d/b/a Verizon Wireless*