UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
TEXTPOWER, INC., on behalf of itself and all others similarly situated,

                        Plaintiff,

                  v.

CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

                      Defendant.
------------------------------------x

Civ. Action No. 12 CV 2729 (AJN)



## MOTION TO ADMIT (Christina Z. Milnor) *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Christina Z. Milnor, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for OpenMarket Inc. in the above-captioned action.

I am in good standing with the Bars of Virginia and the District of Columbia and there are no disciplinary proceedings pending against me in any state or federal court. Certificates of

Good Standing in the Bars of Virginia and the District of Columbia are attached hereto and a proposed order is filed herewith.

Dated: May 18, 2012

Respectfully submitted,

By: /s/ Christina Z. Milnor

Christina Z. Milnor
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6513
Facsimile: (202) 663-6363

**ATTORNEY FOR OPENMARKET INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```
TEXTPOWER, INC., on behalf of itself and all
others similarly situated,

      Plaintiff,

   v.

CELLCO PARTNERSHIP d/b/a/ VERIZON
WIRELESS, AT&T MOBILITY LLC,
SPRINT NEXTEL CORPORATION, T-
MOBILE USA, INC., U.S. CELLULAR
CORPORATION, CTIA – THE WIRELESS
ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC.,
SYBASE, INC., SOUNDBITE
COMMUNICATIONS, INC., SYNIVERSE
TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3CINTERACTIVE, L.L.C., and WMC
GLOBAL, INC.,

      Defendant.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Civ. Action No. 12 CV 2729 (AJN)

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Christina Z. Milnor for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she/he is a member in good standing of the bars of Virginia and the district of Columbia, and that his/her contact information is as follows:

> Christina Z. Milnor
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> Telephone: (202) 663-6513 / Facsimile: (202) 663-6363
> Email: christina.milnor@wilmerhale.com



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____CHRISTINA  ZAROULIS  MILNOR_____

was on the __10TH__ day of __SEPTEMBER, 2010__

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 9, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## CHRISTINA ZAROULIS MILNOR

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 2009.

I further certify that so far as the records of this office are concerned, CHRISTINA ZAROULIS MILNOR is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 14th day of May

A.D. 2012

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
TEXTPOWER, INC., on behalf of itself and all
others similarly situated,          :

                Plaintiff,        :

          v.                     :

CELLCO PARTNERSHIP d/b/a/ VERIZON
WIRELESS, AT&T MOBILITY LLC,        :
SPRINT NEXTEL CORPORATION, T-
MOBILE USA, INC., U.S. CELLULAR     :
CORPORATION, CTIA – THE WIRELESS
ASSOCIATION, CLEARSKY MOBILE        :
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC.,      :
SYBASE, INC., SOUNDBITE
COMMUNICATIONS, INC., SYNIVERSE     :
TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,        :
3CINTERACTIVE, L.L.C., and WMC
GLOBAL, INC.,                       :

                Defendant.        :
------------------------------------x

Civ. Action No. 12 CV 2729 (AJN)

## **CERTIFICATE OF SERVICE**

    I, Christina Z. Milnor, hereby certify that on May 18, 2012, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and supporting papers, dated May 18, 2012, was served by overnight mail on:

**Elana Katcher**
**Gregory Keith Arenson**
**Joel Davidow**
**Robert N. Kaplan**
**Richard Jo Kilsheimer**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
(646) 315-9001
Fax: (212) 687-7714
Email: ekatcher@kaplanfox.com

Jonathan Watson Cuneo
Cuneo Gilbert & LaDuca, LLP
620 Fifth Avenue
6th Floor
New York, NY 10020
(202) 789-3960
Fax: (202) 789 1813
Email: jonc@cuneolaw.com

Luke A. Connelly
Megan Anne Hughes
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212) 294-6882
Fax: (212) 294-4700
Email: lconnelly@winston.com

Lawrence Kill
Carrie Maylor DiCanio
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
Fax: (212) 278-1733
Email: lkill@andersonkill.com

Scott Allan Martin
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
(212) 801- 2231
Fax: (212) 805-9230
Email: martinsc@gtlaw.com

Robert L. Sills
Ross C. Paolino
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
(212) 506-5110
Fax: (212) 506-5151
Email: rsills@orrick.com

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1690
Fax: (202) 974-1999

Email: dgelfand@cgsh.com

**Jonathan Paul Bach**
**Ian Ross Shapiro**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6470
Fax: (212) 208-2634
Email: jbach@cooley.com

**Karl Geercken**
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, NY 10016
(212) 210-9400
Fax: (212) 210-9444
Email: karl.geercken@alston.com

**Karen H. Bromberg**
**Nathaniel P. T. Read**
**Thomas Edward Bezanson**
Cohen & Gresser, LLP
800 Third Avenue 21st, Floor
New York, NY 10022
(212) 957-7600
Fax: (212) 957-4514
Email: kbromberg@cohengresser.com

**Richard E. Donovan**
**Michael James Maloney**
Kelley Drye & Warren LLP (NJ)
200 Kimball Drive
Parsippany, NJ 07054
(212) 808-7800
Fax: (212) 808-7897
Email: rdonovan@kelleydrye.com

**Joel Murray Cohen**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Fax: (212) 701-5800
Email: joel.cohen@davispolk.com

**Steven M. Bierman**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Fax: (212) 839-5599
Email: sbierman@sidley.com


Dated: May 18, 2012

_____
Christina Z. Milnor