UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXTPOWER, INC., on behalf of itself and all
others similarly situation,

                Plaintiff,

   v.

CELLCO PARTNERSHIP d/b/a/ VERIZON
WIRELESS, AT&T MOBILITY LLC, SPRINT
NEXTEL CORPORATION, T-MOBILE USA,
INC., U.S. CELLULAR CORPORATION,
CTIA - THE WIRELESS ASSOCIATION,
CLEARSKY MOBILE MEDIA, INC.,
ERICSSON IPX, MBLOX INCORPORATED,
OPENMARKET INC., SYBASE, INC.,
SOUNDBITE COMMUNICATIONS, INC.,
SYNIVERSE TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3CINTERACTIVE, L.L.C., and WMC
GLOBAL, INC.,

                Defendant.

Case No. 12-cv-2729 (AJN)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 2 2012
```

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

       The motion of Michael V. Pinkel for admission to practice Pro Hac vice in the

above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bars of the

state of California and the District of Columbia, and that his contact information is as follows:

       Michael V. Pinkel
       Williams & Connolly LLP
       725 Twelfth Street N.W.
       Washington, DC 20005
       Telephone: (202) 434-5000
       Facsimile: (202) 434-5029
       E-Mail: mpinkel@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sprint Nextel Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filling (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

May 22. 2012

United States District Judge Alison J. Nathan