UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEXTPOWER, INC., on behalf of itself and all others
similarly situated,

               Plaintiff,

        - against -

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T MOBILITY LLC, SPRINT
NEXTEL CORPORATION, T-MOBILE USA, INC.,
U.S. CELLULAR CORPORATION, CTIA–THE
WIRELESS ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC., SYBASE,
INC., SOUNDBITE COMMUNICATIONS, INC.,
SYNIVERSE TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3CINTERACTIVE, L.L.C., AND WMC GLOBAL,
INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12-cv-2729 (AJN)

MOTION FOR ADMISSION
PRO HAC VICE

       PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Christopher B. Hockett, hereby move this

Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant

T-Mobile USA, Inc. in the above captioned action.

       I am in good standing of the bar of the state of California and there are no pending

disciplinary proceedings against me in any state or federal court.

Dated:   Menlo Park, California
        May 22, 2012

Respectfully Submitted,

By: _____
       Christopher B. Hockett

DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone:        (650) 752-2000
Facsimile:        (650) 752-2111
Email:               chris.hockett@davispolk.com

*Attorneys For Defendant T-Mobile USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEXTPOWER, INC., on behalf of itself and all others
similarly situated,

                    Plaintiff,

        - against -

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T MOBILITY LLC, SPRINT
NEXTEL CORPORATION, T-MOBILE USA, INC.,
U.S. CELLULAR CORPORATION, CTIA–THE
WIRELESS ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC., SYBASE,
INC., SOUNDBITE COMMUNICATIONS, INC.,
SYNIVERSE TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3CINTERACTIVE, L.L.C., AND WMC GLOBAL,
INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12-cv-2729 (AJN)

ORDER FOR ADMISSION
PRO HAC VICE

       The motion of Christopher B. Hockett, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

       Christopher B. Hockett
       DAVIS POLK & WARDWELL LLP
       1600 El Camino Real
       Menlo Park, CA 94025
       Telephone:    (650) 752-2000
       Facsimile:    (650) 752-2111
       Email:       chris.hockett@davispolk.com

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant T-Mobile USA, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: _____


_____
United States District/Magistrate Judge

2

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 16, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar,
CHRISTOPHER BURCH HOCKETT, #121539 was admitted to the
practice of law in this state by the Supreme Court of California on
December 10, 1985; and has been since that date, and is at date hereof,
an ACTIVE member of the State Bar of California; and that no
recommendation for discipline for professional or other misconduct has
ever been made by the Board of Trustees or a Disciplinary Board to the
Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEXTPOWER, INC., on behalf of itself and all others
similarly situated,

          Plaintiff,

      - against -

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T MOBILITY LLC, SPRINT
NEXTEL CORPORATION, T-MOBILE USA, INC.,
U.S. CELLULAR CORPORATION, CTIA–THE
WIRELESS ASSOCIATION, CLEARSKY MOBILE
MEDIA, INC., ERICSSON IPX, MBLOX
INCORPORATED, OPENMARKET INC., SYBASE,
INC., SOUNDBITE COMMUNICATIONS, INC.,
SYNIVERSE TECHNOLOGIES, INC., UPOC
NETWORKS, INC., VIBES MEDIA,
3CINTERACTIVE, L.L.C., AND WMC GLOBAL,
INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12-cv-2729 (AJN)

CERTIFICATE OF SERVICE

I, Felicia Yu, declare:

I am and was at the time of the service mentioned in this declaration employed in the

County of San Mateo, California.  I am over the age of 18 years old and not a party to the within

action.  My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park,

California 94025.

On May 24, 2012, I served copies of the following documents:

-     MOTION FOR PRO HAC VICE – CHRISTOPHER B. HOCKETT

-     [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE – CHRISTOPHER

B. HOCKETT

-     MOTION FOR PRO HAC VICE – MICAH G. BLOCK

- [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE – MICAH G. BLOCK

on the interested parties in this action as follows:

☒ By United States mail. I am familiar with the office practice of Davis Polk & Wardwell LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Davis Polk & Wardwell LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Davis Polk & Wardwell LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Davis Polk & Wardwell LLP for collecting and processing documents for mailing with the United States Postal Service. See attached service list.

☐ By Overnight delivery. I placed the documents listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. See attached service list.

☐ By fax transmission. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers on the attached service list. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. See attached service list.

☐ By email transmission. Based on the parties' consent to accept service by electronic means, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare that I am

2

employed in the office of a member of the Bar of this court at whose direction the service was made.

I declare under penalty of perjury that this information is true.

Executed on May 24, 2012 at Menlo Park, California.

_____
Felicia Yu

**SERVICE LIST**

| | |
|---|---|
| Robert N. Kaplan<br>Elana Katcher<br>Gregory Keith Arenson<br>Richard Jo Kilsheimer<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>Joel Davidow<br>KILE GOEKJIAN REED & MCMANUS PLLC<br>1200 New Hampshire Ave, Suite 570<br>Washington, DC 20036<br><br>Jonathan Watson Cuneo<br>CUNEO GILBERT & LADUCA, LLP<br>620 Fifth Avenue, 6th Floor<br>New York, NY 10020<br><br>*Counsel for Plaintiff Club Texting, Inc.* | Luke A. Connelly<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>Christopher B. Essig<br>Thomas James Frederick<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless* |
| Steven M. Bierman<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>John Walter Treece<br>Linton J. Childs<br>Sidley, Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603-2323<br><br>*Counsel for AT&T Mobility LLC* | Michael V. Pinkel<br>Megan Anne Hughes<br>WILLIAMS & CONNOLLY LLP<br>725 12th street N.W.<br>Washington, DC 20005<br><br>*Counsel for Sprint Nextel Corporation* |
| Lawrence Kill<br>Carrie Maylor DiCanio<br>ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>*Counsel for U.S. Cellular Corporation* | Scott Allan Martin<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>*Counsel for CTIA – The Wireless Association* |

4

| | |
|---|---|
| Christina Z. Milnor<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>*Counsel for Openmarket, Inc.* | Robert L. Sills<br>ORRICK, HERRINGTON & SUTCLIFFE<br>LLP<br>51 West 52nd Street<br>New York, NY 10019<br><br>David Smutny<br>Ross C. Paolino<br>ORRICK, HERRINGTON & SUTCLIFFE,<br>LLP<br>1152 15th Street, N.W.,<br>Washington, DC 20005<br><br>*Counsel for MBLOX Incorporated* |
| David I. Gelfand<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>*Counsel for SYBASE, Inc.* | Jonathan Paul Bach<br>Ian Ross Shapiro<br>COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br><br>*Counsel for Soundbite Communications, Inc.* |
| Karl Geercken<br>ALSTON & BIRD, LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Mark A. McCarty<br>Peter Kontio<br>ALSTON & BIRD, LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br><br>*Counsel for Syniverse Technologies, Inc.* | Basileios Katris<br>HORWOOD MARCUZ & BERK<br>CHARTERED<br>500 W. Madison Street, Suite 3700<br>Chicago, IL 60661<br><br>*Counsel for Vibes Media* |
| Karen H. Bromberg<br>Nathaniel P. T. Read<br>Thomas Edward Bezanson<br>COHEN & GRESSER, LLP<br>800 Third Avenue 21st, Floor<br>New York, NY 10022<br><br>*Counsel for 3Cinteractive, LLC* | Richard E. Donovan<br>Kelley Drye & Warren LLP<br>200 Kimball Drive<br>Parsippany, NJ 07054<br><br>Michael James Maloney<br>KELLEY DRYE & WARREN, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>*Counsel for WMC Global, Inc.* |