UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE OF SANKET J. BULSARA**

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant OpenMarket Inc.

I certify that I am admitted to practice in this court.


Dated:  New York, New York
       June 8, 2012

WILMER CUTLER PICKERING HALE AND DORR LLP
By:  \_\_/s/\_ Sanket J. Bulsara
Sanket J. Bulsara (SJB0679)
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

E-mail: Sanket.Bulsara@wilmerhale.com
**Attorney for Defendant OpenMarket Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN) |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of June, 2012, a Notice of Appearance for Sanket J. Bulsara was filed with the Court through the CM/ECF system. The foregoing was served on all counsel of record via the Court's CM/ECF system and by mail on the following attorneys.

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974−1690
Fax: (202) 974−1999
Email: dgelfand@cgsh.com

**Dylan M. Carson**
Trucker Ellis LLP
Metropoint 1, Suite 1325
Denver, CO 80237

```
```

(720) 897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
(312) 606-3200
Fax: 312-606-3232


Dated: June 8, 2012                     Respectfully submitted,

                                        By:  __/s/  Sanket J. Bulsara
                                            Molly S. Boast (MSB2350)
                                            Sanket J. Bulsara (SJB0679)
                                            Christina Z. Milnor
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            399 Park Avenue
                                            New York, NY 10022
                                            Telephone:  (212) 230-8800
                                            Facsimile:  (212) 230-8888
                                            **ATTORNEYS FOR OPENMARKET INC.**

(720) 897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
(312) 606-3200
Fax: 312-606-3232


Dated: June 8, 2012                     Respectfully submitted,

                                        By:  __/s/  Sanket J. Bulsara
                                            Molly S. Boast (MSB2350)
                                            Sanket J. Bulsara (SJB0679)
                                            Christina Z. Milnor
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            399 Park Avenue
                                            New York, NY 10022
                                            Telephone:  (212) 230-8800
                                            Facsimile:  (212) 230-8888
                                            **ATTORNEYS FOR OPENMARKET INC.**