UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant OpenMarket Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Amdocs Limited.

Dated: June 8, 2012          Respectfully submitted,

By:  __/s/ Sanket J. Bulsara____
     Molly S. Boast (MSB2350)
     Sanket J. Bulsara (SJB0679)
     Christina Z. Milnor

Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
**ATTORNEYS FOR OPENMARKET INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br>---<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN)<br><br>**NOTICE OF APPEARANCE** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2012, a Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 was filed with the Court through the CM/ECF system. The foregoing was served on all counsel of record via the Court's CM/ECF system and by mail on the following attorneys.

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974−1690
Fax: (202) 974−1999
Email: dgelfand@cgsh.com

**Dylan M. Carson**
Trucker Ellis LLP
Metropoint 1, Suite 1325
Denver, CO 80237

720-897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
312-606-3200
Fax: 312-606-3232


Dated: June 8, 2012                    Respectfully submitted,

By:  /s/ Sanket J. Bulsara
    Molly S. Boast (MSB2350)
    Sanket J. Bulsara (SJB0679)
    Christina Z. Milnor
    Wilmer Cutler Pickering Hale and Dorr LLP
    399 Park Avenue
    New York, NY 10022
    Telephone:  (212) 230-8800
    Facsimile:  (212) 230-8888
    **ATTORNEYS FOR OPENMARKET INC.**