UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE OF MOLLY S. BOAST**

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant OpenMarket Inc.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
         June 8, 2012

WILMER CUTLER PICKERING HALE AND
DORR LLP
By:   /s/  Molly S. Boast
Molly S. Boast (MSB2350)
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

E-mail: Molly.Boast@wilmerhale.com
**Attorney for Defendant OpenMarket Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 02729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2012, a Notice of Appearance for Molly S. Boast was filed with the Court through the CM/ECF system. The foregoing was served on all counsel of record via the Court's CM/ECF system and by mail on the following attorneys

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974−1690
Fax: (202) 974−1999
Email: dgelfand@cgsh.com

**Dylan M. Carson**
Trucker Ellis LLP
Metropoint 1, Suite 1325
Denver, CO 80237
720-897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
312-606-3200
Fax: 312-606-3232

Dated: June 8, 2012                    Respectfully submitted,

                                                  By:   /s/ Molly S. Boast
                                                      Molly S. Boast (MSB2350)
                                                      Sanket J. Bulsara (SJB0679)
                                                      Christina Z. Milnor
                                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                                      399 Park Avenue
                                                      New York, NY 10022
                                                      Telephone:  (212) 230-8887
                                                      Facsimile:  (212) 230-8888
                                                      **ATTORNEYS FOR OPENMARKET INC.**