UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
TEXTPOWER, INC., on behalf of itself and all others similarly situated,

        Plaintiff,

  v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC.,

        Defendants.
------------------------------------------------------------------------- x

**ECF Case**

12-cv-2729 (AJN) (MHD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, by Linton J. Childs, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant AT&T Mobility LLC, and requests that copies of all papers in this proceeding be forwarded to the undersigned counsel.

I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: Chicago, Illinois
   June 11, 2012

        SIDLEY AUSTIN LLP

        By:  /s/ Linton J. Childs
          Linton J. Childs (admitted *pro hac vice*)
          (lchilds@sidley.com)
          One South Dearborn Street
          Chicago, IL 60603
          Tel: (312) 853-7000
          Fax: (312) 853-7036
          *Attorneys for Defendant*
          *AT&T Mobility LLC*