UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | Master File: 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO: <br><br> ACTIONS BROUGHT BY TEXTPOWER (12 CV 2729), INC. AND ISPEEDBUY LLC (12 CV 3731) | |

### NOTICE OF APPEARANCE OF CHRISTINA Z. MILNOR

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant OpenMarket Inc.

On May 22, 2012, this Court admitted the undersigned *pro hac vice* in the *TextPower* action (12 CV 2729), which has since been consolidated into *In Re A2P SMS Antitrust Litigation* (12 CV 2656).

Dated: June 11, 2012

                WILMER CUTLER PICKERING HALE AND DORR LLP
                By: __/s/_ Christina Z. Milnor

Christina Z. Milnor
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
E-mail: Christina.Milnor@wilmerhale.com

**ATTORNEY FOR DEFENDANT OPENMARKET INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 2729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN) |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of June, 2012, a Notice of Appearance for Christina Z. Milnor was filed with the Court through the CM/ECF system. The foregoing was served on all counsel of record via the Court's CM/ECF system, and by mail on the following attorneys:

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974−1690
Fax: (202) 974−1999
Email: dgelfand@cgsh.com

**Dylan M. Carson**
Trucker Ellis LLP
Metropoint 1, Suite 1325
Denver, CO 80237
720-897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
312-606-3200
Fax: 312-606-3232

Dated: June 11, 2012                     Respectfully submitted,

                                                  By:   /s/ Christina Z. Milnor
                                                      Christina Z. Milnor
                                                      1875 Pennsylvania Avenue, NW
                                                      Washington, DC 20006
                                                      Phone: (202) 663-6000
                                                      Fax: (202) 663-6363
                                                      E-mail: Christina.Milnor@wilmerhale.com

                                              **ATTORNEY FOR OPENMARKET INC.**