UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

| | | |
|---|---|---|
| TEXTPOWER, INC., on behalf of itself and all others similarly situated, | : | **ECF Case** |
| | : | |
| Plaintiff, | : | 12-cv-2729 (AJN) (MHD) |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT NEXTEL CORPORATION, T-MOBILE USA, INC., U.S. CELLULAR CORPORATION, CTIA – THE WIRELESS ASSOCIATION, CLEARSKY MOBILE MEDIA, INC., ERICSSON IPX, MBLOX INCORPORATED, OPENMARKET INC., SYBASE, INC., SOUNDBITE COMMUNICATIONS, INC., SYNIVERSE TECHNOLOGIES, INC., UPOC NETWORKS, INC., VIBES MEDIA, 3CINTERACTIVE, L.L.C., and WMC GLOBAL, INC., | : | |
| Defendants. | : | |

------------------------------------------------------------------------- x

PLEASE TAKE NOTICE that Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, by John W. Treece, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant AT&T Mobility LLC, and requests that copies of all papers in this proceeding be forwarded to the undersigned counsel.

I certify that I am admitted *pro hac vice* to practice in this Court.

Dated: Chicago, Illinois
      June 11, 2012

SIDLEY AUSTIN LLP

By:   /s/ John W. Treece
John W. Treece (admitted *pro hac vice*)
(jtreece@sidley.com)
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
*Attorneys for Defendant*
*AT&T Mobility LLC*