UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE A2P SMS ANTITRUST　　　　　　　　　　　Case No.  12-CV-2656 (LEAD)
LITIGATION　　　　　　　Plaintiff,

　　　　-against-
RELATED CASES:
12-2729; 12-3731　　　　　　Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:　　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending　　　　　　　[ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Molly Boast_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB2350　　　My State Bar Number is  1660869

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:　　　FIRM NAME:  Debevoise & Plimpton LLP
　　　　　　　　FIRM ADDRESS:  919 Third Avenue
　　　　　　　　FIRM TELEPHONE NUMBER:  212-909-6000
　　　　　　　　FIRM FAX NUMBER:  212-909-6836

NEW FIRM:　　　FIRM NAME:  Wilmer Cutler Pickering Hale and Door LLP
　　　　　　　　FIRM ADDRESS:  399 Park Avenue
　　　　　　　　FIRM TELEPHONE NUMBER:  212-230-8800
　　　　　　　　FIRM FAX NUMBER:  212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  6/11/12　　　　　　　　　　　s/ Molly Boast
　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE