UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br><br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ACTIONS BROUGHT BY TEXTPOWER (12 CV 2729), INC. AND ISPEEDBUY LLC (12 CV 3731) | Master File: 12 CV 2656 (AJN) |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of June, 2012, a Notice of Change of Address for Molly Boast was filed with the Court through the CM/ECF system. The foregoing was served on all counsel of record via the Court's CM/ECF system, and by Overnight Mail on the following attorneys:

**David I. Gelfand**
Cleary Gottlieb Steen & Hamilton LLP (DC)
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974−1690
Fax: (202) 974−1999

**Dylan M. Carson**
Trucker Ellis LLP
Metropoint 1, Suite 1325
Denver, CO 80237

720-897-4371
Fax: 720-222-5242

**Basileios Katris**
Horwood Marcuz & Berk Chartered
500 W. Madison Street, Suite 3700
Chicago, IL 60661
312-606-3200
Fax: 312-606-3232

Dated: June 11, 2012                Respectfully submitted,

                                            By: __/s/ Molly Boast_____
                                                 Molly Boast
                                                 399 Park Avenue
                                                 New York, NY 10022
                                                 Phone: (212) 230-8887
                                                 Fax: (212) 230-8888
                                                 E-mail: Molly.Boast@wilmerhale.com

                                            **ATTORNEY FOR OPENMARKET INC.**