USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2012

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) MASTER FILE: 12 CV 2656 (AJN) ) ) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) ) ) ) |

### PLAINTIFFS' STIPULATION PROPOSING APPOINTMENT OF INTERIM LEAD COUNSEL

Pursuant to Paragraph 5(b) of the Court's June 6, 2012 Order (ECF No. 70), all plaintiffs' counsel of record hereby propose that the Court appoint Kaplan Fox & Kilsheimer LLP to serve as Interim Lead Counsel for the plaintiffs in *In re A2P SMS Antitrust Litigation*, 12 CV 2656 (AJN), and all subsequently filed, related actions consolidated herewith.

Dated: June 12, 2012

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Gregory K. Arenson
Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Elana Katcher
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Emails: rkaplan@kaplanfox.com
    garenson@kaplanfox.com
    rkilsheimer@kaplanfox.com
    ekatcher@kaplanfox.com

CUNEO GILBERT & LADUCA, LLP

By: /s/ Jonathan W. Cuneo
Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
507 C Street, N.E.
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
Emails: jonc@cuneolaw.com
    joel@cuneolaw.com
    vicky@cuneolaw.com

KOHN SWIFT & GRAF, P.C.

By: /s/ Joseph C. Kohn
Joseph C. Kohn
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Fax: (215) 238-1968
Email: jkohn@kohnswift.com

Michael Flannery
Cuneo Gilbert & La Duca, LLP
300 North Tucker Boulevard, No. 801
St. Louis, MO 63101
Phone: (202) 789-3960
Fax: (202) 789-1813
Email: mflannery@cuneolaw.com

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

6/12/12

2