UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br>ANTITRUST LITIGATION | MASTER FILE: 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of the undersigned attorney as counsel of record for Defendant MBLOX INCORPORATED in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: June 15, 2012              Respectfully submitted,

                                  By:  /s/ Jeffrey M. Prokop
                                       Jeffrey M. Prokop (Bar # 4419495)
                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       1152 15th Street, NW
                                       Washington, DC 20005
                                       Telephone: (202) 339-8400
                                       Fax: (202) 339-8500
                                       jprokop@orrick.com

                                       *Attorney for Defendant MBLOX INCORPORATED*