UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE A2P SMS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS
------------------------------------------------------------X

MASTER FILE: 12 CV 2656 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 20 2012

    The Court is in receipt of the attached letter requesting a modification of the briefing schedule. It is hereby ORDERED that a conference shall be held on July 30, 2012, at 10:00 AM in Courtroom 17B. Defendants' time to submit a responsive pleading is extended to August 14, 2012. The entire briefing schedule will be addressed at the conference.

SO ORDERED.

Dated: July 20, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1



**WINSTON & STRAWN LLP**

North America   Europe   Asia

35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5600
F: +1 (312) 558-5700
www.winston.com

**Electronic Letterhead**

THOMAS J. FREDERICK
(312) 558-5983
tfrederick@winston.com

July 19, 2012

**BY HAND**

Hon. Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY  10007-1312

Re:   *In re A2P Antitrust Litigation*, Master File 12 CV 2656 (AJN)

Dear Judge Nathan:

I represent Verizon Wireless in the above-referenced litigation. Enclosed please find a copy of the parties' Stipulation and [Proposed] Order for the Court's consideration. In brief, if entered by the Court, it would do the following:

1. Extend the Defendants' deadline for responding to the Consolidated Amended Complaint from July 30, 2012 to August 14, 2012.

2. Stay briefing on Defendants' anticipated 12(b) motion(s) (which would be filed by August 14, 2012) pending the Court's determination of Defendants' anticipated petitions to compel arbitration (which would also be filed by August 14, 2012).

3. Set a briefing schedule on Defendants' anticipated petition(s) to compel arbitration, subject to whether Plaintiffs file an amended pleading.

The parties are available at the Court's convenience to discuss the Stipulation and [Proposed] Order if that would be helpful.

Respectfully submitted,

Thomas J. Frederick

TJF:

Enclosure

Hon. Alison J. Nathan
July 19, 2012
Page 2

cc: Robert N. Kaplan, Esq., w/encl.
Gregory K. Arneson, Esq., w/encl.
Defense Counsel of Record, w/encl.