UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE A2P SMS                          :        MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                   :
                                       :
_____      :
                                       :
THIS DOCUMENT RELATES TO:              :
ALL ACTIONS                            :
                                       :
_____X

ORDER

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: JUL 3 1 2012         │
└─────────────────────────────────┘
```

        As discussed at the conference held on July 30, 2012, Defendants' Petitions to Compel
Arbitration and Motions to Dismiss shall be submitted on or before August 14, 2012.  On or
before August 24, 2012, Plaintiffs shall notify the Court and counsel for Defendants whether
they intend to file an amended pleading or rely on the pleading being attacked.  If Plaintiffs elect
not to amend the pleading, no further opportunities to amend will be granted.

        If Plaintiffs do not file an amended pleading, the briefing shall adhere to the following
schedule:
                (1) Opposition Briefs shall be submitted on or before October 15, 2012, and
                (2) Reply Briefs shall be submitted on or before November 30, 2012.

        If Plaintiffs choose to file an amended pleading, the briefing shall adhere to the following
schedule:
                (1) An amended pleading shall be served and filed on or before September 17,
                    2012,
                (2) Within 21 days of the filing of an amended pleading, Defendants shall either
                    (1) submit Answers, (2) submit new Motions to Dismiss and Petitions to
                    Compel Arbitration, or (3) submit letters stating that they will rely on the
                    initially-filed motions and petitions,
                (3) Opposition Briefs shall be submitted not more than 60 days following the
                    filing of new Motions to Dismiss and Petitions to Compel Arbitration, or
                    letters stating that Defendants will rely on their initially-filed motions and
                    petitions, and
                (4) Reply Briefs shall be submitted not more than 45 days following the
                    submission of Opposition Briefs.

SO ORDERED.

Dated: July ___, 2012
       New York, New York

ALISON J. NATHAN
United States District Judge

2