AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

IN RE A2P SMS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Case No.   12 Civ. 2656 (AJN)

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant 3CInteractive LLC

Date:   08/07/2012

/s/
*Attorney's signature*

Niraj J. Parekh
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue
New York, NY 100022
*Address*

nparekh@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*

[Print]  [Save As...]  [Reset]