UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re A2P SMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master File: 12 CV 2656 (AJN)  ECF Case |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

# DEFENDANTS' NOTICE OF MOTION TO STAY PROCEEDING PENDING ARBITRATION

Defendants Air2Web, Inc., Ericsson Inc., Sybase, Inc., SoundBite Communications, Inc., Syniverse Technologies LLC (f/k/a Syniverse Technologies, Inc.), Vibes Media, LLC, and 3Cinteractive, LLC (the "Aggregator Defendants" or "Aggregators") hereby moves the Court before the Honorable Alison J. Nathan at the United States District Courthouse, 500 Pearl Street, New York, New York, pursuant to 9 U.S.C. § 3, for an order from the Court to Stay Proceedings Pending Arbitration. The claims asserted by Plaintiffs in this case are subject to binding, mandatory arbitration clauses in two separate sets of agreements.

In support of this motion, the Aggregator Defendants rely on the current record and the accompanying Memorandum of Law submitted contemporaneously herewith.

Dated: August 14, 2012            Respectfully submitted,


  /s/ Patrick J. Pascarella_____
Patrick J. Pascarella (admitted pro hac vice)
Dylan M. Carson (admitted pro hac vice)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150

Cleveland, Ohio 44115
Telephone:  (216) 696-4936
Facsimile: (216) 592-5009
Email: pat.pascarella@tuckerellis.com
dylan.carson@tuckerellis.com

Steven A. Reiss (SR-5889)
Adam C. Hemlock (AH-6610)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8174
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com,
adam.hemlock@weil.com

*Counsel for Ericsson Inc., d/b/a Ericsson IPX*

  /s/ Paolo Morante
Paolo Morante (PM1017)
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
Email: paolo.morante@dlapiper.com

*Counsel for Defendant Air2Web, Inc.*


  /s/ David I. Gelfand
David I. Gelfand (admitted pro hac vice)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 974-1690
Facsimile: (202) 974-1999
Email: dgelfand@cgsh.com

*Counsel for Defendant Sybase, Inc.*

  /s/ Jennifer Stewart
Jennifer Stewart (admitted pro hac vice)
Cooley LLP
500 Boylston Street

Boston, MA  02116-3736
Telephone: (617) 937-2351
Facsimile: (617) 937-2400
Email: jstewart@cooley.com,

Jonathan Bach (JPB9710)
Ian Shapiro (IS5120)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email:jbach@cooley.com,
ishapiro@cooley.com

*Counsel for SoundBite Communications, Inc.*

  /s/ Karl Geercken             
Karl Geercken (2536662)
90 Park Ave.
Alston & Bird LLP
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: karl.geercken@alston.com

Peter Kontio
Mark A. McCarty
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: peter.kontio@alston.com,
mark.mccarty@alston.com

*Counsel for Defendant Syniverse Technologies  LLC.*

  /s/ Basileios Katris           
Basileios Katris (admitted pro hac vice)
Horwood Marcus & Berk Chartered
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3221
Facsimile: (312) 606-3232
Email: bkatris@hmblaw.com

*Counsel for Vibes Media. LLC*

_/s/ Thomas E. Bezanson_____
Karen H. Bromberg
Thomas E. Bezanson
Nathaniel P.T. Read
Cohen & Gresser LLP
800 Third Avenue
New York, New York
Telephone: (212) 957-7604
Facsimile: (212) 957-4514
Email: kbromberg@cohengresser.com,
nread@cohengresser.com,
tbezanson@cohengresser.com

*Counsel for 3Cinteractive, LLC*