UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | MASTER FILE: 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO:<br>All actions | MOTION OF U.S. CELLULAR CORPORATION TO DISMISS COMPLAINT |

PLEASE TAKE NOTICE that defendant U.S. Cellular Corporation, upon the declaration of Stephen P. Fitzell, dated July 31, 2012 and the points and authorities set forth in the memorandum of law submitted herewith, will move this Court before the Honorable Allison J. Nathan on a date and time to be determined by the Court for an order dismissing the Consolidated Amended Class Action Complaint on the grounds that the Court lacks personal jurisdiction over U.S. Cellular Corporation pursuant to Rule 12(b)(2) of Federal Rules of Civil Procedure.

Dated: New York, NY
August 14, 2012

Respectfully submitted,

Anderson Kill & Olick, P.C.

By: _____
Lawrence Kill
Carrie Maylor DiCanio
1251 Avenue of the Americas
New York, New York 10020
Tel. No. (212) 278-1000
Email: lkill@andersonkill.com
cdicanio@andersonkill.com

Counsel for Defendant U.S. Cellular Corporation