USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 24 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE A2P SMS                                           :   MASTER FILE: 12-CV-2656 (AJN)
ANTITRUST LITIGATION                                    :
                                                        :
_____                :   ORDER
                                                        :
THIS DOCUMENT RELATES TO:                               :
ALL ACTIONS                                             :
                                                        :
------------------------------------------------------------X

      In light of Plaintiff's filing of a Second Consolidated Amended Complaint on September 17, 2012 (Docket # 138), Defendants' previously filed motions to dismiss and to compel arbitration (Docket #'s 102, 105, 108, 110, 112, 114, 117, 118, 123, 126) are hereby DISMISSED without prejudice.

      Pursuant to the Court's July 31, 2012 Order (Docket # 94), Defendants have leave to re-file their motions within 21 days of the filing of Plaintiff's Second Consolidated Amended Complaint.

SO ORDERED.

Dated: September 24, 2012
       New York, New York

                                                        _____
                                                        ALISON J. NATHAN
                                                       United States District Judge

1