UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) ) MASTER FILE: 12 CV 2656 (AJN) ) ) ECF Case ) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) **DECLARATION OF LUKE A.** ) **CONNELLY IN SUPPORT OF** ) **REPLY IN SUPPORT OF CARRIER** ) **DEFENDANTS' MOTION** ) **TO COMPEL ARBITRATION** |

I, Luke A. Connelly, hereby state as follows:

1. I am a partner with the law firm of Winston & Strawn LLP, counsel to Defendant Cellco Partners, d/b/a Verizon Wireless ("Verizon Wireless"), one of the Carrier Defendants[1] in this action.

2. I submit this declaration in support of the Reply in Support of Carrier Defendants' Motion to Compel Arbitration, submitted on behalf of the Carrier Defendants.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Edna Sussman, dated January 20, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of January, 2013 in New York, New York.

Dated: New York, New York
January 24, 2013

/s/ Luke A. Connelly
Luke A. Connelly

---

[1] The Carrier Defendants are AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation, T-Mobile USA, Inc., and U.S. Cellular Corporation.