UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br>ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Master File 12 CV 2656 (AJN)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that August T. Horvath of Kelley Drye & Warren LLP hereby appears on behalf of Defendant Wireless Media Consulting, Inc., d/b/a WMC Global, sued herein as WMC Global, Inc., in the above-captioned action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on the undersigned at the office and address stated below.

Dated: New York, New York
       April 18, 2013

KELLEY DRYE & WARREN LLP

By: /s/ August T. Horvath
    Richard E. Donovan
    August T. Horvath
    Brienne E. Henderson
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    E-mail: ahorvath@kelleydrye.com
    E-mail: bhenderson@kelledyre.com
    *Attorneys for Defendant Wireless Media Consulting, Inc. d/b/a WMC Global, sued herein as WMC Global, Inc.*