UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br>ANTITRUST LITIGATION | Master File 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO:<br>All Actions | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Brienne E. Henderson of Kelley Drye & Warren LLP hereby appears on behalf of Defendant Wireless Media Consulting, Inc., d/b/a WMC Global, sued herein as WMC Global, Inc., in the above-captioned action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on the undersigned at the office and address stated below.

Dated: New York, New York
April 18, 2013

KELLEY DRYE & WARREN LLP

By: /s/ Brienne E. Henderson
Richard E. Donovan
August T. Horvath
Brienne E. Henderson
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ahorvath@kelleydrye.com
E-mail: bhenderson@kelledyre.com
*Attorneys for Defendant Wireless Media Consulting, Inc. d/b/a WMC Global, sued herein as WMC Global, Inc.*