UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS<br>ANTITRUST LITIGATION | Master File: 12 CV 2656 (AJN) |
| THIS DOCUMENT RELATES TO:<br>All Actions | NOTICE OF WITHDRAWAL<br>OF COUNSEL |

**PLEASE TAKE NOTICE** that Michael James Maloney of the law firm of Kelley Drye & Warren LLP hereby withdraws his appearance as counsel for Wireless Media Consulting, Inc., d/b/a WMC Global, sued herein as WMC Global, Inc. ("WMC"), a defendant in the above-captioned actions, and requests that no further pleadings, notices, or other papers be given to or required of him in the above-captioned proceeding. All other counsel of record, including Kelley Drye & Warren LLP, will continue as counsel for WMC in this proceeding.

Dated: New York, New York
       December 28, 2012

SO ORDERED:
[signature]
U.S.D.J.
4/18/13

KELLEY DRYE & WARREN LLP

By: /s/ Michael James Maloney
    Richard E. Donovan
    Michael James Maloney
    101 Park Avenue
    New York, New York
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    Email: rdonovan@kelleydrye.com

*Attorneys for Defendant Wireless Media Consulting, Inc. d/b/a WMC Global, sued herein as WMC Global, Inc.*