UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE A2P SMS : MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION :
 :
 :
THIS DOCUMENT RELATES TO: : ORDER
ALL ACTIONS :
 :
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

The Court hereby ORDERS the parties to submit, by July 12, 2013, supplemental briefing on the effect, if any, of the Supreme Court's decision in *American Express Co. v. Italian Colors Restaurant*, No. 12-133, 2013 WL 3064410 (U.S. June 20, 2013), on the pending motions in the above-captioned case. Each side -- that is, Plaintiffs and Defendants as groups, not as individual parties -- is to submit a single brief, not to exceed ten pages in length, and otherwise compliant with Rule 3(B) of this Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June ___, 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge