```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE A2P SMS                         :    MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                  :
                                      :
                                      :
THIS DOCUMENT RELATES TO:             :    ORDER
ALL ACTIONS                           :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 17 2013

12-cv-2656

ALISON J. NATHAN, District Judge:

The Court will hear oral argument on the parties' summary judgment motions on August 6, 2013, at 3:00 PM in Courtroom 906 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. As with the recently submitted supplemental briefs, oral argument time will be divided by side, not by party, with each side allotted thirty minutes in which to present its case. The parties on each side are to decide amongst themselves how their side's time will be internally divided, if at all.

SO ORDERED.

Dated: June 17, 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1