UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE A2P SMS                                      :         MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                               :
_____                :
                                                   :
THIS DOCUMENT RELATES TO:                          :         ORDER
ALL ACTIONS                                        :
                                                   :
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    Due to a clerical error, the Court's previous order, (Dkt. No. 207), misstated the nature of the motions on which it will hear oral argument. To clarify, the Court will hear argument on all pending motions to dismiss, to compel arbitration, and to stay pending arbitration.

    SO ORDERED.

Dated: July 18, 2012
        New York, New York

_____
ALISON J. NATHAN
United States District Judge