UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

IN RE A2P SMS                                :     MASTER FILE 12 CV 2656 (AJN)
ANTITRUST LITIGATION

_____ :

                                             :     12-cu-2656

THIS DOCUMENT RELATES TO:      :     ORDER
ALL ACTIONS                               :

_____X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2013

ALISON J. NATHAN, District Judge:

On further consideration, and in light of Defendants' letter (attached), the Court will limit

the scope of argument on August 6, 2013, to Defendants' motions to compel arbitration and to

stay proceedings pending arbitration. (Dkt. Nos. 149, 151, 162, 165, 171)  If, after hearing those

arguments, the Court concludes that oral argument is warranted on the pending motions to

dismiss, the Court will set a second date on which those arguments will take place.

SO ORDERED.

Dated: July **30**, 2013
       New York, New York

_____
                            ALISON J. NATHAN
                         United States District Judge

1



WINSTON
&STRAWN
LLP

North America   Europe   Asia

35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5600
F: +1 (312) 558-5700
www.winston.com

**Electronic Letterhead**

*Thomas J. Frederick*
(312) 558-5983
tfrederick@winston.com

July 29, 2013

**BY EMAIL**

Hon. Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    *In re A2P Antitrust Litigation*, Master File 12 CV 2656 (AJN)—August 6, 2013
           Hearing

Dear Judge Nathan:

    I represent Verizon Wireless in the above-referenced litigation, and on behalf of all
Defendants write to advise the Court about their proposed allocation of their thirty minutes of
argument time at the August 6, 2013 hearing:

- Defendants propose to use twenty minutes to address their motions to compel
  arbitration and motions to stay pending arbitration, divided as follows:

  - Fifteen minutes will be devoted to issues common to the arbitration motions
    made by Defendants to CTIA's Motion to Compel Arbitration (Dkt. Nos. 162,
    163, 164, 179, 181, 182, 187), and to the Carrier Defendants' Motion to
    Compel Arbitration (Dkt. Nos. 171, 172, 173, 179, 181, 182).[1]    Andrew
    McBride, counsel for Verizon Wireless, will argue on behalf of CTIA and the
    Carrier Defendants with respect to these motions.

  - Five minutes will be devoted to mBlox Incorporated and OpenMarket Inc.'s
    Motion to Stay Pending Arbitration and to Dismiss the Second Consolidated
    Amended Class Action Complaint under Rule 12(b)(6) (Dkt. Nos. 165, 166,
    167, 179, 181, 182, 191), and to the Aggregator Defendants' Motion to Stay
    Pending Arbitration (Dkt. Nos. 149, 150, 179, 181, 182).[2]    Robert Sills,
    counsel for mBlox, will argue on behalf of the Aggregator Defendants with
    respect to this motion.

---

[1]     The Carrier Defendants include Cellco Partnership, d/b/a Verizon Wireless; AT&T Mobility LLC; Sprint
Nextel Corporation; T-Mobile USA, Inc.; and U.S. Cellular Corporation.
[2]     The Aggregator Defendants include Air2Web, Inc.; Ericsson Inc.; mBlox Incorporated; OpenMarket Inc.;
Sybase, Inc.; SoundBite Communications, Inc.; Syniverse Technologies LLC (f/k/a Syniverse Technologies, Inc.);
Vibes Media, LLC; 3Cinteractive, LLC; and 2ergo Americas Inc.

Hon. Alison J. Nathan
July 29, 2013
Page 2

- Defendants propose to use their remaining ten minutes to address their Rule 12(b)(6)
  motions to dismiss, divided as follows:

  o Seven minutes will be devoted to issues common to the Defendants' motions
    to dismiss, to the Carrier Defendants and CTIA's Motion to Dismiss the
    Second Consolidated Amended Class Action Complaint (Dkt. Nos. 168, 169,
    170, 175, 185), and to the Wireless Media Consulting, Inc. d/b/a WMC Global
    Motion to Dismiss Second Consolidated Amended Class Action Complaint
    under rule 12(b)(6) (Dkt. Nos. 154, 155, 175, 184).  Aaron Panner, counsel for
    Verizon Wireless, will argue on behalf of CTIA and the Carrier Defendants
    with respect to this motion.

  o Three minutes will be devoted to the Aggregator Defendants' Motion to
    Dismiss Second Consolidated Amended Class Action Complaint under Rule
    12(b)(6) (Dkt. Nos. 144, 145, 175, 188).   Molly Boast, counsel for
    OpenMarket, will argue on behalf of the Aggregator Defendants with respect
    to this motion.

Defendants respectfully suggest that the Court hear the entirety of the argument by both
sides on arbitration issues before proceeding to the argument on motion to dismiss issues.
Further, unless the Court has questions regarding them, Defendants intend to rely on their briefs
and do not plan to devote argument time to the following motions at the hearing:

1. U.S. Cellular Corporation's Motion to Dismiss Second Consolidated Class Action
   Complaint for Lack of Personal Jurisdiction (Dkt. Nos. 146, 147, 148, 177, 178, 186).

2. Wireless Media Consulting, Inc. d/b/a WMC Global Motion to Compel Arbitration
   (Dkt. Nos. 151, 152, 153, 179, 181, 182, 183).

3. Soundbite Communications, Inc. Motion to Dismiss Second Consolidated Amended
   Class Action Complaint under Rule 12(b)(6) (Dkt. Nos. 156, 157, 176, 193).

Defendants respectfully request that the Court advise them if it would prefer that their
time be allocated differently or other motions be specifically addressed.

Respectfully submitted,

Thomas J. Frederick

TJF:na

Hon. Alison J. Nathan
July 29, 2013
Page 3


cc:     Robert N. Kaplan, Esq.
        Gregory K. Arenson, Esq.
        Defense Counsel of Record