**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

|  |  |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | MASTER FILE:  12 CV 2656 (AJN) |
|  | ECF Case |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **AFFIDAVIT OF IAN SHAPIRO PURSUANT TO LOCAL RULE 1.4** |

------------------------------------------------------x

STATE OF NEW YORK      )

                           : ss.:

COUNTY OF NEW YORK   )

IAN SHAPIRO, being duly sworn, deposes and says:

1.      I am a member of the law firm Cooley LLP, attorneys for Defendants SoundBite Communications, Inc. ("SoundBite") and 2ergo Americas, Inc. ("2ergo"), defendants in this action.

2.      I submit this Affidavit in support of the Motion to Substitute Counsel Pursuant to Local Rule 1.4 of SoundBite and 2ergo.  I have personal knowledge of the facts set forth below.

3.      Currently, Cooley LLP ("Cooley") represents SoundBite and 2ergo in this action.

4.      SoundBite and 2ergo have asked K&L Gates LLP to substitute Cooley as their counsel in this action.

5.      K&L Gates LLP has filed a Notice of Appearance on behalf of SoundBite and 2ergo in this action.

6.      Accordingly, we respectfully request an Order granting Cooley LLP leave to withdraw as counsel to SoundBite and 2ergo, and substituting K&L Gates LLP as new counsel

for SoundBite and 2ergo in this action.  More specifically, upon permission from the Court,

counsel for SoundBite and 2ergo in this action would be:

> K&L GATES LLP
> Peter N. Flocos
> Sarah P. Kenney
> 599 Lexington Avenue
> New York, New York 10022
> Phone:     212-536-3900
> Fax:       212-536-3901
>
> John Blessington (*pro hac vice* application
>   to be submitted)
> State Street Financial Center
> One Lincoln Street
> Boston, Massachusetts 02111-2950
> Phone:     617-261-3100
> Fax:       617-261-3175

7.      This action remains in its early stages.  The Court has scheduled oral argument on

August 6, 2013 related to pending motions to dismiss, motions to compel arbitration and motions

to stay proceedings pending arbitration.  I have discussed these motions with K&L Gates LLP,

and have been told that K&L Gates LLP is prepared to represent SoundBite and 2ergo during

this oral argument.

8.      Cooley LLP will fully cooperate with the transition of this action to K&L Gates

LLP.  To that end, Cooley LLP has provided its case file related to this action to K&L Gates

LLP.

9.      Cooley LLP is not asserting a retaining or charging lien.

- 3 -

WHEREFORE, Cooley LLP respectfully requests that the Court "So Order" the

Stipulation and [Proposed] Order of Substitution of Counsel annexed hereto as Exhibit "A", and

grant such further relief as the Court deems proper.

_____
Ian Shapiro

Sworn to before me this
_31st_ day of July, 2013.

_____
Notary Public

HECTOR GONZALEZ
Notary Public - State of New York
NO. 01GO4757301
Qualified in Kings County
My Commission Expires _____