```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 0 2 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE A2P SMS
ANTITRUST LITIGATION

MASTER FILE: 12 CV 2656 (AJN)

ECF Case

THIS DOCUMENT RELATES TO:
ALL ACTIONS

STIPULATION AND [PROPOSED] AJN
ORDER OF SUBSTITUTION OF
COUNSEL

------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND ORDERED,** pursuant to Local Rule 1.4, that K&L Gates LLP, with offices at 599 Lexington Avenue, New York, New York 10022 and State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111-2950, be and hereby is substituted as attorneys of record for defendants SoundBite Communications, Inc. and 2ergo Americas, Inc. in the above-entitled action in the place and stead of Cooley LLP.

Dated:   New York, New York
         July 31, 2013

K&L GATES LLP

By: _____
    Peter N. Flocos (PF-5335)
    Sarah P. Kenney (SK-5642)
599 Lexington Avenue
New York, New York 10022
Phone: 212-536-3900
Fax: 212-536-3901
peter.flocos@klgates.com
sarah.kenney@klgates.com

John C. Blessington (*pro hac vice* application
to be submitted)
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111-2950
Phone: 617-261-3100
Fax: 617-261-3175
john.blessington@klgates.com

COOLEY LLP

By: _____
    Jonathan Paul Bach
    Ian Ross Shapiro
1114 Avenue of the Americas
New York, NY 10036
Phone: 212-479-6470
Fax: 212-208-2634
jbach@cooley.com
ishapiro@cooley.com

NY-1060635

SO ORDERED:

_____
Alison J. Nathan
United States District Judge

8/2/13