IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re A2P SMS ANTITRUST LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) ) | | Master File:  12 CV 2656 (AJN)<br><br>ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of the undersigned counsel on behalf of Defendant Sybase, Inc.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.  The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
       September 4, 2013

Respectfully submitted,

By: /s/ Carmine D. Boccuzzi, Jr.
    Carmine D. Boccuzzi, Jr.
    CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    Email:  cboccuzzi@cgsh.com
    Telephone:  (212) 225-2000
    Facsimile:  (212) 225-3999
    *Attorney for Defendant Sybase, Inc.*