*Nathan. A.*

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: SEP 06 2013         │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re A2P SMS ANTITRUST                    )
LITIGATION                                 )        Master File:  12 CV 2656 (AJN)
                                           )
                                           )        ECF Case
                                           )
THIS DOCUMENT RELATES TO:                  )
ALL ACTIONS                                )
                                           )
_____)

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney David I. Gelfand, of Cleary Gottlieb Steen &

Hamilton LLP ("Cleary Gottlieb"), is hereby withdrawn as counsel of record in the above-

captioned matter for Defendant Sybase, Inc.  Since August 23, 2013, David I. Gelfand has not

been associated with Cleary Gottlieb.  Cleary Gottlieb continues to be counsel of record in this

matter for Defendant Sybase, Inc.

Dated:  September 5, 2013                   Respectfully submitted,

                                           By:  /s/ _____
                                             Carmine D. Boccuzzi, Jr.
                                             CLEARY GOTTLIEB STEEN &
                                             HAMILTON LLP
                                             One Liberty Plaza
                                             New York, NY 10006
                                             Email: cboccuzzi@cgsh.com
                                             Telephone: (212) 225-2000
                                             Facsimile: (212) 225-3999
                                             *Attorney for Defendant Sybase, Inc.*

SO ORDERED  9/6/13

_____
Hon. Allison Nathan
United States District Judge

1