USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 3 0 2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE A2P SMS                              :    MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                       :
                                           :
                                           :
THIS DOCUMENT RELATES TO:                  :    ORDER
ALL ACTIONS                                :
------------------------------------------------------X
```

ALISON J. NATHAN, District Judge:

    In an order dated September 16, 2013, the Court stayed proceedings pending arbitration. Dkt. No. 6. The parties are hereby ordered to submit to the Court by February 7, 2014, indicating the status of the case.

    SO ORDERED.

Dated: January 30, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge