**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | MASTER FILE: 12 CV 2656 (AJN) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: All Actions | **NOTICE OF DEFENDANTS' JOINT MOTION TO ENFORCE ORDER AND TO COMPEL INDIVIDUAL ARBITRATION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of this motion, the Declaration of Thomas J. Frederick In Support of Motion to Enforce Order and to Compel Individual Arbitration and the exhibits attached thereto, and upon the pleadings and all prior proceedings herein, the Carrier Defendants[1] and CTIA—The Wireless Association ("CTIA") (collectively, "Defendants"), by and through their undersigned attorneys, respectfully move this Court, before the Honorable Alison J. Nathan, United States District Judge, in Courtroom 23B at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an Order pursuant to Sections 3 and 4 of the Federal Arbitration Act and this Court's Order dated September 16, 2013 (Dkt. No. 225): (1) enforcing its prior ruling and enjoin or otherwise prohibit Plaintiffs from pursuing their claims against Defendants on a class basis; or, alternatively, (2) compelling individual arbitration of Plaintiffs' claims.

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits and answering memoranda shall be served within fourteen days after service of the aforementioned moving papers, pursuant to Local Rule 6.1(b).

---

[1] The Carrier Defendants are AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation, T-Mobile USA, Inc., and U.S. Cellular Corporation.

Dated: New York, New York
      February 11, 2014

Respectfully submitted,

CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS

/s/ Thomas J. Frederick
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5983
Email: tfrederick@winston.com

Luke A. Connelly
WINSTON & STRAWN LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6882
Email: lconnelly@winston.com

Aaron M. Panner
Brendan J. Crimmins
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: apanner@khhte.com
      bcrimmins@khhte.com

AT&T MOBILITY LLC

By: /s/ Steven M. Bierman
Steven M. Bierman
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
E-mail: sbierman@sidley.com
John W. Treece
Linton J. Childs
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

CTIA – THE WIRELESS ASSOCIATION

By: /s/ Scott Martin
Scott Martin
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2231
Facsimile: (212) 801-6400
Email: martinsc@gtlaw.com

Of Counsel:
Ruth A. Bahe-Jachna
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8421
Facsimile: (312) 899-0312
Email: baher@gtlaw.com

Michael D. McNeely (admitted pro hac vice)
3706 Huntington Pl., NW
Washington, DC 20015
Telephone: (202) 966-1679
Facsimile: (202) 747-5898
Email: mcneelylaw@mac.com

T-MOBILE USA, INC.

By: /s/ Christopher B. Hockett
Christopher B. Hockett (admitted pro hac vice)
Micah G. Block (admitted pro hac vice)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2009
Email: chris.hockett@davispolk.com
      micah.block@davispolk.com

Joel M. Cohen
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4592
Email: joel.cohen@davispolk.com

E-mail: jtreece@sidley.com
lchilds@sidley.com

U.S. CELLULAR CORPORATION

By: /s/ Lawrence Kill
Lawrence Kill
Carrie DiCanio
ANDERSON KILL & OLICK P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Email: lkill@andersonkill.com
cdicanio@andersonkill.com

SPRINT NEXTEL CORPORATION

By: /s/ John E. Schmidtlein
John E. Schmidtlein (admitted pro hac vice)
Megan A. Hughes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Email:   jschmidtlein@wc.com
mhughes@wc.com