

North America   Europe   Asia

35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5600
F: +1 (312) 558-5700
www.winston.com

**Electronic Letterhead**

*Thomas J. Frederick*
(312) 558-5983
tfrederick@winston.com

February 11, 2014

**BY ECF**

Hon. Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    *In re A2P Antitrust Litigation*, Master File 12 CV 2656 (AJN) – Request for Oral Argument

Dear Judge Nathan:

    This firm represents defendant Cellco Partnership d/b/a Verizon Wireless in the above-referenced litigation.  On behalf of the Carrier Defendants[1] and CTIA—The Wireless Association ("CTIA") (collectively, "Defendants") and pursuant to Rule 3.E. of Your Honor's individual practices in civil cases, I write to request oral argument on Defendants' Joint Motion to Enforce Order and to Compel Individual Arbitration, which was filed today.

                                   Respectfully submitted,

                                   /s/ Thomas J. Frederick

                                 Thomas J. Frederick

TJF:jb

cc:    Robert N. Kaplan, Esq. (ECF)
        Gregory K. Arenson, Esq. (ECF)
        Defense Counsel of Record (ECF)

---

[1] The Carrier Defendants are AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation, T-Mobile USA, Inc., and U.S. Cellular Corporation.