UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 20 201
```

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | MASTER FILE: 12 CV 2656 (AJN) |
| This Document Relates to: | **STIPULATION AND ORDER** |
| ALL ACTIONS | |

Following argument on Defendants' Joint Application for Temporary Restraining Order and Order To Show Cause, the undersigned parties stipulate and agree that:

1. Plaintiffs' responding papers on Defendants' Joint Motion To Enforce Order and To Compel Individual Arbitration shall be served on counsel for the Carrier Defendants[1] and CTIA—The Wireless Association ("CTIA") (collectively, "Defendants") on or before February 28, 2014, and the Defendants' reply papers shall be served on or before March 10, 2014.

2. AAA arbitration 16 494 Y 61 14 entitled *Club Texting, et al. v. AT&T Mobility, et al.* shall be stayed until this Court rules on Defendants' Joint Motion To Enforce Order and To Compel Individual Arbitration.

---

[1] The Carrier Defendants are AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corporation, T-Mobile USA, Inc., and U.S. Cellular Corporation.

Dated: New York, New York
February 19, 2014

                                    **KAPLAN FOX & KILSHEIMER LLP**

By:/s/ *Gregory K. Arenson*
Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Elana Katcher
850 Third Avenue
14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714
Emails: rkaplan@kaplanfox.com
         garenson@kaplanfox.com
         rkilsheimer@kaplanfox.com
         ekatcher@kaplanfox.com

*Plaintiffs' Lead Counsel*

Jonathan W. Cuneo
Joel Davidow
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, D.C.  20002
Telephone: (202) 789-3960
Facsimile:  (202) 789-1813
Emails: jonc@cuneolaw.com
       joel@cuneolaw.com

Joseph C. Kohn
**KOHN SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile:  (215) 238-1968
Email: jkohn@kohnswift.com

*Counsel for Plaintiffs*

Michael Flannery
**CUNEO GILBERT & LADUCA, LLP**
300 North Tucker Boulevard, No. 801
St. Louis, MO 63101
Telephone: (202) 789-3960
Facsimile:  (202) 789-1813
Email: Mflannery@cuneolaw.com

WINSTON & STRAWN LLP

By:/s/ Luke A. Connelly
Luke A. Connelly
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6882
Email: lconnelly@winston.com

Thomas J. Frederick
Christopher B. Essig
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5983
Email: tfrederick@winston.com
        cessig@winston.com

Andrew G. McBride
Thomas R. McCarthy
J. Michael Connolly
Christiane M. Knight
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000
Email: amcbride@wileyrein.com
        tmccarthy@wileyrein.com
        mconnolly@wileyrein.com
        cmcknight@wileyrein.com

Aaron M. Panner
Brendan J. Crimmins
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Email: apanner@khhte.com
        bcrimmins@khhte.com

*Counsel for Cellco Partnership,
d/b/a Verizon Wireless*

Christopher B. Hockett
Micah G. Block
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2009
Email: chris.hockett@davispolk.com
        micah.block@davispolk.com

Joel M. Cohen
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4592
Email: joel.cohen@davispolk.com

*Counsel for T-Mobile USA, Inc.*

John E. Schmidtlein
Michael V. Pinkel
Megan A. Hughes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com
        mpinkel@wc.com
        mhughes@wc.com

*Counsel for Sprint Nextel Corporation*

Lawrence Kill
Carrie DiCanio
ANDERSON KILL & OLICK P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Email: lkill@andersonkill.com
        cdicanio@andersonkill.com

*Counsel for U.S. Cellular Corporation*

Scott Martin
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2231
Facsimile: (212) 801-6400
Email: martinsc@gtlaw.com

Ruth A. Bahe-Jachna
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8421
Facsimile: (312) 899-0312
Email: baher@gtlaw.com

Michael D. McNeely
**DLA Piper US LLP (NJ)**
300 Campus Drive, Suite 100
Florham Park, NJ 07932
Telephone: (202) 238-7788
Facsimile: (202) 238-7700
Email: mmcneely@graycary.com

*Counsel for CTIA – The Wireless Association*

Steven M. Bierman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
E-mail: sbierman@sidley.com

John W. Treece
Linton J. Childs
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: jtreece@sidley.com
lchilds@sidley.com

Archis A. Parasharami
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3328
Facsimile: (202) 263-5328
Email: aparasharami@mayerbrown.com

*Counsel for AT&T Mobility LLC*

SO ORDERED February __, 2014:

_____
U.S.D.J. Alison J. Nathan

## CERTIFICATE OF SERVICE

I, Gregory K. Arenson, declare that, on February 19, 2014, I caused true and correct copies of the foregoing letter, with attached Stipulation and Order, to the Honorable Allison J. Nathan, to be delivered to all parties of record via the Court's ECF system.

/s/ *Gregory K. Arenson*
Gregory K. Arenson