UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
IN RE A2P SMS                              :  MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                       :
                                           :  ECF CASE
_____:
                                           :
THIS DOCUMENT RELATES TO:                  :
ALL ACTIONS                                :
                                           :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Eamon P. Joyce, hereby enters its appearance as counsel of record in the above-captioned actions for and on behalf of defendant U.S. Cellular Corporation. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
        June 24, 2014

                                            Respectfully submitted,

                                            /s/ Eamon P. Joyce
                                            SIDLEY AUSTIN LLP
                                            Eamon P. Joyce
                                            787 Seventh Ave.
                                            New York, NY 10019
                                            Phone: 212-839-5300
                                            Fax: 212-839-5599
                                            ejoyce@sidley.com

                                            *Attorneys for Defendant U.S.
                                            Cellular Corporation*