```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 5 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE A2P SMS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS
---------------------------------------------------------------X

MASTER FILE: 12 CV 2656 (AJN)

ECF CASE

**Stipulation and [Proposed] Order of Substitution of Counsel**

**IT IS HEREBY STIPULATED AND ORDERED,** pursuant to Local Rule 1.4, that Sidley Austin LLP, with Offices at 787 Seventh Avenue, New York, New York 10017, is substituted as attorney of record for defendant U.S. Cellular Corporation in the above-entitled action in the place of Anderson Kill P.C. (N.Y.).

Dated: New York, New York
       June 24, 2014

SIDLEY AUSTIN LLP

By: _____
Eamon P. Joyce
787 Seventh Avenue
New York, New York 10017
Phone: 212-839-5300
Fax: 212-839-5599
ejoyce@sidley.com

ANDERSON KILL P.C. (N.Y.)

By: _____
Lawrence Kill
1251 Avenue of the Americas
New York, New York 10020
Phone: 212-278-1000
Fax: 212-278-1733
lkill@andersonkill.com

SO ORDERED: 6/25/14

_____
Hon. Alison J. Nathan,
United States District Judge