```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 5 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE A2P SMS
ANTITRUST LITIGATION

MASTER FILE: 12-cv-2656 (AJN)

ECF CASE

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Megan A. Hughes, hereby move to withdraw as counsel for Sprint Nextel Corporation (now known as Sprint Communications, Inc.) in the above-captioned action, as I will no longer be associated with Williams & Connolly LLP. I hereby request that my name be removed from the official docket and service list for this action. All other counsel of record for Defendant Sprint Nextel Corporation remain the same.

Respectfully submitted,

Megan A. Hughes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: mhughes@wc.com

*Attorney for Defendant Sprint Nextel Corporation*

Dated: June 24, 2014

**IT IS SO ORDERED.**

Dated: _____Jun 25_____, 2014

HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE