UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE A2P SMS                                               :   MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                                        :
                                                            :   ECF CASE
_____                         :
                                                            :
THIS DOCUMENT RELATES TO:                                   :
ALL ACTIONS                                                 :
                                                            :
------------------------------------------------------------X

## MOTION AND PROPOSED ORDER OF WITHDRAWAL

Pursuant to Local Rule 1.4, Sidley Austin LLP ("Sidley Austin"), and its attorneys Steven M. Bierman, John W. Treece, and Linton J. Childs, respectfully request the withdrawal of their appearance as counsel of record for Defendant AT&T Mobility LLC ("AT&T") in the above-captioned matter. Mr. Bierman, Mr. Treece, and Mr. Childs also request removal from all ECF notifications in this matter.  There is good cause for this motion, as follows:

1.     Shortly after Plaintiffs filed their complaint in the above-captioned matter, attorneys from Sidley Austin filed their appearances on behalf of Defendant AT&T. (*See* Dkt. Nos. 42, 76, 79.)

2.     Subsequently, Archis A. Parasharami, attorney with Mayer Brown LLP, appeared on behalf of AT&T. (*See* Dkt. No. 216.)

3.     Pursuant to L.R. 1.4, Sidley Austin has discussed its motion to withdraw with AT&T, which has no objection.

4.     AT&T will continue to be represented in this case by Archis A. Parasharami of Mayer Brown LLP.

5. The withdrawal of Sidley Austin as counsel for AT&T will have no impact on the schedule or posture of this case.

6. Sidley Austin is not asserting any retaining or charging lien in this matter.

WHEREFORE, Sidley Austin respectfully requests that the Court grant its application to withdraw Steven M. Bierman, John W. Treece, and Linton J. Childs as counsel of record for AT&T in the above-captioned matter.

Dated: June 25, 2014

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ Linton J. Childs
John W. Treece (admitted *pro hac vice*)
Linton J. Childs (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Email: jtreece@sidley.com
Email: lchilds@sidley.com

Steven M. Bierman
787 Seventh Avenue
New York, New York  10019
Telephone (212) 839-5300
Email: sbierman@sidley.com

Entered this ___ day of June, 2014.

SO ORDERED

_____
Honorable Alison J. Nathan
United States District Judge

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2014, a true and correct copy of the foregoing document was electronically filed pursuant to the Court's ECF system, which will serve it upon counsel of record.

                                                         /s/     Linton J. Childs
                                                             Linton J. Childs