UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MASTER FILE: 12 cv 2656 (AJN)<br><br>ECF Case<br><br>**NOTICE OF APPEAL** |
| THIS DOCUMENT RELATES TO:<br>All Actions | | |

      Notice is hereby given that T-Mobile USA, Inc., defendant in the above-captioned case, hereby appeals to the United States Court of Appeal for the Second Circuit from the order entered in this action on May 29, 2014 [ECF No. 251].

Dated:   June 27, 2014

Respectfully submitted,

By: */s/ Micah G. Block*

Joel M. Cohen
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4592
Email: joel.cohen@davispolk.com

Christopher B. Hockett
Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2009
Email: chris.hockett@davispolk.com
       micah.block@davispolk.com

*Counsel for T-Mobile USA, Inc.*

1

## **CERTIFICATE OF SERVICE**

  I, Micah G. Block, declare that on June 27, 2014, I caused a true and correct copy of the foregoing Notice of Appeal to be delivered to all parties of record via the Court's ECF system.

               */s/ Micah G. Block*
               Micah G. Block