**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MASTER FILE:  12 CV 2656 (AJN)<br><br>ECF Case<br><br>**NOTICE OF APPEAL** |
| THIS DOCUMENT RELATES TO:<br>All Actions | | |

Notice is hereby given that Cellco Partnership d/b/a Verizon Wireless, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered in this action on May 29, 2014 [ECF No. 251].

Dated:  June 30, 2014                    Respectfully submitted,

                        Cellco Partnership d/b/a Verizon Wireless

                        By:  /s/  Aaron M. Panner
                        Aaron M. Panner
                        Brendan J. Crimmins
                        Kellogg, Huber, Hansen, Todd,
                          Evans & Figel, P.L.L.C.
                        1615 M Street, N.W., Suite 400
                        Washington, D.C. 20036
                        Telephone:  (202) 326-7900
                        Email:  apanner@khhte.com
                                bcrimmins@khhte.com

                        *Attorneys for Verizon Wireless*