UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | ) ) ) ) MASTER FILE: 12 cv 2656 (AJN) ) ) ECF Case ) |
| THIS DOCUMENT RELATES TO: All Actions | ) ) **NOTICE OF APPEAL** ) ) ) |

      Notice is hereby given that T-Mobile USA, Inc., defendant in the above-captioned case, hereby appeals to the United States Court of Appeal for the Second Circuit from the order entered in this action on May 29, 2014 [ECF No. 251].

Dated:   June 30, 2014                                          Respectfully submitted,

                                                                                By:   */s/ Micah G. Block*

                                                                                Joel M. Cohen
                                                                                DAVIS POLK & WARDWELL LLP
                                                                                450 Lexington Avenue
                                                                                New York, NY 10017
                                                                                Tel: (212) 450-4592
                                                                                Email: joel.cohen@davispolk.com

                                                                                Christopher B. Hockett
                                                                                Micah G. Block
                                                                                DAVIS POLK & WARDWELL LLP
                                                                                1600 El Camino Real
                                                                                Menlo Park, CA 94025
                                                                                Tel: (650) 752-2009
                                                                                Email: chris.hockett@davispolk.com
                                                                                                    micah.block@davispolk.com

                                                                                *Counsel for T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Micah G. Block, declare that on June 30, 2014, I caused a true and correct copy of the foregoing Notice of Appeal to be delivered to all parties of record via the Court's ECF system.

                                        */s/ Micah G. Block*
                                        Micah G. Block