UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE A2P SMS                                : MASTER FILE: 12 CV 2656 (AJN)
ANTITRUST LITIGATION                         :
_____        :
                                             :
THIS DOCUMENT RELATES TO:                    :   ORDER
ALL ACTIONS                                  :
_____X

ALISON J. NATHAN, District Judge:

The Court received Defendants' motion to stay pending appeal on July 2, 2014, Dkt. No. 270, but there is no certificate of service attached to the motion or its corresponding memorandum of law, Dkt. No. 271, indicating the date on which the motion was served on Plaintiffs. Therefore, the Court hereby orders the Defendants to file a certificate of service of their motion no later than Monday, July 19, 2014.

SO ORDERED.

Dated: July 18, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2014

1