UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE A2P SMS ANTITRUST LITIGATION | Master File: 12 CV 2656 (AJN) <br><br> **NOTICE OF WITHDRAWAL OF SANKET J. BULSARA AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: NOV 16 2015 |

**PLEASE TAKE NOTICE** that attorney Sanket J. Bulsara, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record for defendant OpenMarket, Inc. in the above-captioned matter. Mr. Bulsara will be leaving WilmerHale and will no longer be associated with this case. Defendant OpenMarket, Inc. remains represented by WilmerHale.

Mr. Bulsara did not assert a retaining or charging lien.

Dated: November 11, 2015

                                            Respectfully submitted,

                                            */s/ Sanket J. Bulsara*
                                            Sanket J. Bulsara
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            7 World Trade Center
                                            New York, NY 10007
                                            Telephone: (212) 230-8800
                                            Facsimile: (212) 230-8888
                                            E-mail: Sanket.Bulsara@wilmerhale.com

                                            *Attorney for Defendant OpenMarket Inc.*

SO ORDERED

_____
Hon. Judge Alison J. Nathan
United States District Judge

11/16/15